UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
DAIJ, INC. d/b/a GENADEEN CATERERS,, : Civil Action No. 2:20-cv-02739-JS-SIL
Individually and on Behalf of All Others :
Similarly Situated, : CLASS ACTION
:
                              Plaintiff, :
:
           vs. :
:
WESCO INSURANCE COMPANY and :
AMTRUST FINANCIAL, :
:
                              Defendants. :
---------------------------------------------------------- x

# DECLARATION OF MARK S. REICH IN SUPPORT OF
PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, Mark S. Reich, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Plaintiff DAIJ, Inc. d/b/a Genadeen Caterers ("Plaintiff") in this matter. I respectfully submit this Declaration in support of Plaintiff's opposition to Defendants' motion to dismiss the amended complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the denial of insurance letter (the "Denial Letter") sent to Plaintiff on March 18, 2020 by Defendants Wesco Insurance Company and AmTrust Financial, for insurance Policy Number WPP164174901 for the period July 1, 2019 through July 1, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 25th day of January, 2021.

                                                    /s/ Mark S. Reich
                                                    MARK S. REICH

## CERTIFICATE OF SERVICE

I, Mark S. Reich, certify that on January 25, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January, 2021, at Melville, New York.



*/s/ Mark S. Reich*
MARK S. REICH