**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DAIJ, INC., d/b/a GENADEEN CATERERS,
Individually and on behalf of all others
similarly situated,

                Plaintiff,

   - against -

WESCO INSURANCE COMPANY and
AMTRUST FINANCIAL,

                Defendants.
-------------------------------------------------------X

**JUDGMENT**
CV 20-2739 (JS) (ARL)

A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on February 10, 2021, granting Defendants' motion to dismiss, dismissing Plaintiff's Complaint with prejudice, and directing the Clerk of the Court to mark this case closed, it is

**ORDERED AND ADJUDGED** that Plaintiff DAIJ, Inc., take nothing of Defendants Wesco Insurance Company and Amtrust Financial; that Defendants' motion to dismiss is granted; that Plaintiff's Complaint is dismissed with prejudice; and that this case is closed.

Dated: February 10, 2022
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF THE COURT

                                  By:    /s/ James J. Toritto
                                                  Deputy Clerk